```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 18-00320-HWV
Larvence Peart                                                       Chapter 13
Nicole Yolanda Peart
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman            Page 1 of 2            Date Rcvd: Apr 16, 2018
                              Form ID: ntcnfhrg          Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
db/jdb         +Larvence Peart,    Nicole Yolanda Peart,    94 East Beaver Street,    York, PA 17406-9066
5015937        +Acima Credit,    9815 South Monroe Street, Floor 4,    Sandy, UT 84070-4296
5015938        +AmeriCollect, Inc.,    1851 South Alverno Road,    PO Box 1505,   Manitowoc, WI 54221-1505
5015942       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,     PO Box 742537,    Cincinnati, OH 45274-2537)
5015939        +Caine & Weiner,    338 Harris Hill Road #206,    Buffalo, NY 14221-7470
5015940         Capital One Bank USA, NA,    PO Box 30285,   Salt Lake City, UT 84130-0285
5015941        +Central Credit Services, LLC,    PO Box 390913,    Minneapolis, MN 55439-0911
5015943         Comenity Bank / Lane Bryant,    Attn: Bankruptcy Department,    PO Box 182125,
                Columbus, OH 43218-2125
5015944         Comenity Bank /Ashley Stewart,    Attn: Bankruptcy Department,    PO Box 182125,
                Columbus, OH 43218-2125
5015945        +Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO Box 9004,   Renton, WA 98057-9004
5015949         EOS CCA,   PO Box 981025,    Boston, MA 02298-1025
5015948        +Eastern York County Sewer Authority,    46 Walnut Springs Road,    York, PA 17406-9000
5015950        +First National Collection Bureau,    PO Box 51660,    Sparks, NV 89435-1660
5015951        +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
5015952        +Greenspring Apartments,    100 Bridlewood Way,    York, PA 17402-9160
5015955        +Lancaster Hematology Oncology Care,    233 College Anveue, Suite 303,    Lancaster, PA 17603-3384
5015956        +Lehman Property,    3915-428 Union Deposit,   Harrisburg, PA 17109-5922
5015957        +McCabe, Weisberg & Conway, PC,    123 South Broad Street, Suite 1400,
                Philadelphia, PA 19109-1060
5015958        +Medical Data Systems,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
5015960        +Met-Ed / First Energy,    101 Crawford Corner Road,    Building 1, Suite 1-511,
                Holmdel, NJ 07733-1976
5015961        +Monarch Recovery Management, Inc.,    3260 Tillman Drive, Suite 75,    Bensalem, PA 19020-2059
5015964         Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
5015965         Quest Diagnostics,    PO Box 740775,   Cincinnati, OH 45274-0775
5022971        +SANTANDER CONSUMER USA,    P.O. Box 560284,   Dallas, TX 75356-0284
5015966        +Santander Bank, NA,    601 Penn Street,   10-6438-FB7,    Reading, PA 19601-3563
5015968         St. Agnes Anesthesia,    PO Box 418652,   Boston, MA 02241-8652
5015969         St. Agnes Health Care,    PO Box 418468,   Boston, MA 02241-8468
5015971        +The York Water Company,    130 East Market Street,    York, PA 17401-1219
5015972        +Toyota Motor Credit Company,    PO Box 9013,   Addison, TX 75001-9013
5026373        +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
5015974         US Department of Education,    PO Box 16448,   Saint Paul, MN 55116-0448
5015973         United Telemanagement Corp.,    Attn: Billing Department,    PO Box 145465,
                Cincinnati, OH 45250-5465
5015975        +VBS Amplify Funding,    PO Box 542,   Lac de Flambeau, WI 54538-0542
5015976         WellSpan Health,    PO Box 742641,   Cincinnati, OH 45274-2641
5015977        +Westgate Resorts,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
5015978        +Wilson Springs Condominium Assoc.,    c/o DVP Management,    200 Lawrence Road, Suite 500,
                Broomall, PA 19008-3234
5045859        +Wilson Springs Condominium Association, Inc.,    Aaron S. Marines, Esquire,
                Hempfield Center, Suite 300,    930 Red Rose Court,    Lancaster, PA 17601-1981
5022872        +York Hospital,    1001 S George St.,   York , PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5033072        +E-mail/Text: bknotices@360mtg.com Apr 16 2018 19:09:24     360 Mortgage Group,
                11305 Four Points Drive,    Building 1, Suite 200,    Austin, TX 78726-2367
5015936        +E-mail/Text: bknotices@360mtg.com Apr 16 2018 19:09:24     360 Mortgage Group,
                Building 1, Suite 100,    11305 Four Points Drive,    Austin, TX 78726-2367
5044868        +E-mail/Text: bknotices@360mtg.com Apr 16 2018 19:09:24     360 Mortgage Group, LLC,
                11305 Four Points Drive,    Austin, TX 78726-2367
5044869        +E-mail/Text: bknotices@360mtg.com Apr 16 2018 19:09:24     360 Mortgage Group, LLC,
                11305 Four Points Drive, I-250,    Austin, TX 78726-2367
5015946        +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 16 2018 19:09:26
                Credit Collection Services,    725 Canton Street,    PO Box 607,   Norwood, MA 02062-0607
5015947        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 16 2018 19:10:03     Credit One Bank, NA,
                PO Box 98875,    Las Vegas, NV 89193-8875
5015953        +E-mail/Text: cio.bncmail@irs.gov Apr 16 2018 19:08:53     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
5015954        +E-mail/Text: BKRMailOPS@weltman.com Apr 16 2018 19:08:57     Kay Jeweler's,    375 Ghent Road,
                Fairlawn, OH 44333-4600
5044502         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2018 19:10:03
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5044500         E-mail/Text: bkr@cardworks.com Apr 16 2018 19:08:46     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
5015959        +E-mail/Text: bkr@cardworks.com Apr 16 2018 19:08:46     Merrick Bank,    PO Box 9201,
                Old Bethpage, NY 11804-9001
5038285        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 16 2018 19:09:08     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5015962        +E-mail/Text: Bankruptcies@nragroup.com Apr 16 2018 19:09:30      National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
5015963         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 16 2018 19:09:02      PA Department of Revenue,
                 Attn: Bankruptcy Division,   PO Box 280496,   Harrisburg, PA 17128-0946
5036045        +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 16 2018 19:09:14      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
5043250         E-mail/Text: bnc-quantum@quantum3group.com Apr 16 2018 19:08:58
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
5034871         E-mail/Text: appebnmailbox@sprint.com Apr 16 2018 19:09:06      Sprint Corp,
                 Attention Bankruptcy,   PO Box 7949,   Overland Park, KS 66207-0949
5015967         E-mail/Text: appebnmailbox@sprint.com Apr 16 2018 19:09:06      Sprint Nextel,
                 Attn: Bankruptcy Department,   PO Box 7949,   Overland Park, KS 66207-0949
5015970        +E-mail/Text: bankruptcynotices@cbecompanies.com Apr 16 2018 19:09:17      The CBE Group, Inc.,
                 1309 Technology Parkway,   Cedar Falls, IA 50613-6976
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5030024*     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pennsylvania,   P.O. Box 117,   Columbus , OH 43216)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    360 Mortgage Group, LLC ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Larvence  Peart pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Nicole Yolanda Peart pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Larvence Peart
Nicole Yolanda Peart

Debtor(s)

Chapter 13

Case No. 1:18−bk−00320−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**May 23, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 30, 2018  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 16, 2018 |