**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Larvence Peart  
Nicole Yolanda Peart  
**Debtor(s)**

**Chapter** 13

**Case No.** 1:18-BK-00320-HWV

## NOTICE OF CHANGE OF ADDRESS

The Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| **FROM** | **TO** |
|---|---|
| First National Collection Bureau<br>PO Box 51660<br>Sparks, NV 89435-1660 | First National Collection Bureau<br>50 West Liberty Street, Suite 250<br>Reno, NV 89501-1973 |

| Date: June 14, 2018 | Movant's Name, Address, Phone Number:<br>Paul D. Murphy-Ahles, Esquire<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com |
|---|---|