```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-00320-HWV
Larvence Peart                                                            Chapter 13
Nicole Yolanda Peart
        Debtors                          **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: REshelman            Page 1 of 1            Date Rcvd: Jun 20, 2018
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2018.
              +Change Healthcare,   Attn: Payroll Administrator,   3055 Lebanon Pike, Suite 1000,
                Nashville, TN 37214-2239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor   360 Mortgage Group, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Larvence  Peart pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Nicole Yolanda Peart pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Larvence Peart  
Nicole Yolanda Peart  
     **Debtor(s)**

**Chapter** 13

**Case No.** 1:18-BK-00320-HWV

**Matter:** Motion for Wage Attachment Order

## ORDER

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a First Amended Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from who the Joint Debtor, Nicole Yolanda Peart, receives income from:

> Change Healthcare  
> Attn: Payroll Administrator  
> 3055 Lebanon Pike, Suite 1000  
> Nashville, TN 37214

Should deduct from said Joint Debtor's income the sum of **$421.38** from each **bi-weekly** paycheck, or such other sums as Joint Debtor may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor(s) receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Joint Debtor, and to remit the deductible sums to:

> Charles J. DeHart, III, Esquire  
> Standing Chapter 13 Trustee  
> PO Box 7005  
> Lancaster, PA  17604

IT IS FURTHER ORDERED that the entity from whom the Joint Debtor receives income shall notify the Trustee if said Joint Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Joint Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Joint Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated: June 20, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)