UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LARVENCE PEART and<br>NICOLE YOLANDA PEART<br>  Debtor(s) | : | CHAPTER 13 |
| | : | |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>  Movant | : | |
| vs. | : | |
| LARVENCE PEART and<br>NICOLE YOLANDA PEART<br>  Respondent(s) | : | CASE NO.  1-18-bk-00320 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this  16th  day of July, 2018, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about July 9, 2018 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this  16th  day of July, 2018, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee