

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Madhukar Dayal, President
Santander Bank, NA
75 State Street, 5th Floor
Boston, MA 02109

9590 9402 3614 7305 5477 55

2. Article Number (Transfer from service label)
7018 0360 0002 2363 5130

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ꟷ Connors ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: AUG 27 2018 PORT POINT STA MA 02205]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

BOSTON, MA 02109    OFFICIAL USE

Certified Mail Fee  $3.45
$                                $2.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.50

Total Postage  $6.70

Sent To: Madhukar Dayal, President
Street and Apt: Santander Bank, NA
75 State Street, 5th Floor
City, State, Zip: Boston, MA 02109

[Postmark: CAMP HILL PA AUG 23 2018  08/23/2018]

7018 0360 0002 2363 5130

PS Form 3800