# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Larvence Peart and | : |
| Nicole Yolanda Peart, | : |
|     Debtors | : |
| | : |
| Wilson Springs Condominium Association, Inc. | : No. 1:18-bk-00320-HWV |
|     Petitioner | : |
| | : |
| vs. | : Chapter 13 |
| | : |
| Larvence Peart and | : |
| Nicole Yolanda Peart, and | : |
| CHARLES J. DeHART, III, TRUSTEE, | : |
|     Respondents | : |

## STIPULATION RESOLVING WILSON SPRINGS CONDOMINIUM ASSOCIATION, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This Stipulation is made by and between Larvence and Nicole Yolanda Peart ("Debtors") and Wilson Springs Condominium Association, Inc ("HOA"), both parties acting by and through their counsel, Paul Donald Murphy-Ahles Esquire and Aaron S. Marines, Esquire, respectively.

1. This case was commenced by Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code on January 29, 2018.

2. Charles J. Dehart, III, Esquire, has been duly appointed as the Trustee in this matter.

3. On December 13, 2018, HOA filed a Motion for Relief requesting relief from the Automatic Stay due to post-petition delinquent HOA fees in the amount of One Thousand Eight Hundred Thirty-Six Dollars ($1,836.00).

4. The amount of delinquent post-petition HOA fees as of the Date of the filing of this Stipulation is Three Thousand Eighty-Four Dollars and fifty. ($3,084.50).

{01167040-1 }　　　　　　　　　　　　　　1

Case 1:18-bk-00320-HWV    Doc 85    Filed 03/19/19    Entered 03/19/19 14:40:50    Desc
Main Document    Page 1 of 3

5. On February 4, 2019, the parties hereto reached an agreement resolving HOA's Motion for Relief from the Automatic Stay.

**WHEREFORE,** Debtors and HOA hereby agree and stipulate to resolve HOA's Motion for Relief from the Automatic Stay as follows:

A. Beginning with the March 2019 HOA payment and continuing through August 2019 HOA payment, Debtors shall pay the present regular HOA payment of $150.00 plus an installment payment of $514.09 towards the post-petition HOA arrearages, for a total of $664.09.

B. Beginning with the September 2019, Debtors HOA payment shall resume as the regular monthly payment of $150.00.

C. The Court shall grant HOA's Amended Emergency Motion for Relief from the Automatic Stay upon Certification of Default from the undersigned Bank's counsel in the event Debtor is more than 10 days delinquent in making any of the payments required herein or defaults in any obligation or duty imposed by the Promissory Note, Mortgage or other Loan Documents.

D. In the event the payments are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtors and Debtors' attorney of the default in writing and the Debtors may cure said default within ten (10) days of the date of said notice. If Debtors should fail to cure the default within ten (10) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

E. The undersigned counsel hereby certify that they have consulted with their respective clients and that they are authorized to execute and to bind their respective clients to the terms hereof.

/s/ Aaron S. Marines
Aaron S. Marines, Esquire
Counsel for Wilson Springs Condominium Association, Inc.

Date: 3/12/19

/s/Paul Donald Murphy-Ahles
Paul Donald Murphy-Ahles, Esquire
Counsel for Larvence Nicole Yolanda Peart

Date:_____

for Charles J. DeHart, III, Esquire
Chapter 13 Trustee

Date: 3/4/19