Craig S. Sharnetzka, Attorney
csharnetzka@cgalaw.com
Ext. 109

November 17, 2020

Terrence S. Miller
Clerk of the Bankruptcy Court
228 Walnut Street, Suite 730
Harrisburg, PA 17101

Re: **Peart, Larvence and Nicole Yolanda**
**Bankruptcy Case No. 1:18-bk-00320-HWV**

Dear Mr. Miller:

Please change the addresses of the following creditor:

Old Address:　　　　　　　　　　　New Address:

| Eastern York County Sewer Authority | Eastern York County Sewer Authority |
| 46 Walnut Springs Road | 4 West Market Street |
| York, PA 17406 | Hellam, PA 17406 |

Sincerely,

/s/Craig S. Sharnetzka

CSS/tml

{01853674/1}