United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00320-HWV |
| Larvence Peart | Chapter 13 |
| Nicole Yolanda Peart | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1   User: AutoDocke   Page 1 of 2
Date Rcvd: Dec 20, 2021   Form ID: pdf010   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

**Recip ID**    **Recipient Name and Address**
          #+  Change Healthcare, Attn: Payroll Administrator, 3055 Lebanon Pike, Suite 1000, Nashville, TN 37214-2239

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Aaron S Marines
          on behalf of Creditor Wilson Springs Condominium Association Inc. asm@rkglaw.com, hlw@rkglaw.com;dpp@rkglaw.com

Alexandra Teresa Garcia
          on behalf of Creditor 360 Mortgage Group LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Charles G. Wohlrab
          on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Craig S. Sharnetzka
          on behalf of Creditor Eastern York County Sewer csharnetzka@cgalaw.com
          tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Nicole Yolanda Peart pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Larvence Peart pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Larvence Peart  
Nicole Yolanda Peart  
      **Debtor(s)**

**Chapter** 13

**Case No.** 1:18-BK-00320-HWV

**Matter:** Motion for Wage Attachment Order

## ORDER

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a First Amended Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from who the Joint Debtor, Nicole Yolanda Peart, receives income from:

> Change Healthcare  
> Attn: Payroll Administrator  
> 3055 Lebanon Pike, Suite 1000  
> Nashville, TN 37214

Should deduct from said Joint Debtor's income the sum of **$426.12** from each **bi-weekly** paycheck, or such other sums as Joint Debtor may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor(s) receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Joint Debtor, and to remit the deductible sums to:

> Jack N. Zaharopoulos, Esquire  
> Standing Chapter 13 Trustee  
> PO Box 6008  
> Memphis, TN 38101

IT IS FURTHER ORDERED that the entity from whom the Joint Debtor receives income shall notify the Trustee if said Joint Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Joint Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Joint Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated: December 20, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)