United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00320-HWV |
| Larvence Peart | Chapter 13 |
| Nicole Yolanda Peart | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Jul 27, 2022      Form ID: pdf010      Total Noticed: 0

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | Change Healthcare, Attn: Payroll Department, 3055 Lebanon Pike, Suite 1000, Nashville, TN 37214-2239 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron S Marines | on behalf of Creditor Wilson Springs Condominium Association Inc. asm@rkglaw.com, dpp@rkglaw.com |
| Alexandra Teresa Garcia | on behalf of Creditor 360 Mortgage Group LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Craig S. Sharnetzka | on behalf of Creditor Eastern York County Sewer csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Nicole Yolanda Peart pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Larvence Peart pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Larvence Peart<br>**Debtor 1**<br>Nicole Yolanda Peart<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-00320-HWV<br><br>**Matter:** Motion for Wage Attachment Order |

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 2, Nicole Yolanda Peart, receives income from:

Change Healthcare
Attn: Payroll Department
3055 Lebanon Pike, Suite 1000
Nashville, TN 37214

Should deduct from said Debtor 2's income the sum of **$842.77** from each **bi-weekly** paycheck, or such other sums as Debtor 2 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 2, and to remit the deductible sums to:

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
PO Box 6008
Memphis, TN 38101-6008

IT IS FURTHER ORDERED that the entity from whom Debtor 1 receives income shall notify the Standing Chapter 13 Trustee if Debtor 2's income is terminated and the reason, therefore. IT IS FURTHER ORDERED that all remaining income of Debtor 2 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 2 in accordance with usual payment procedure. IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Standing Chapter 13 Trustee to ensure proper accounting of the funds.

By the Court,

*Henry W. Van Eck* (signature)
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 27, 2022