## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Larvence Peart<br>**Debtor 1**<br>Nicole Yolanda Peart<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-bk-00320-HWV<br><br>**Matter:** Debtor-in-Possession Monthly Operating Report<br><br>**Document No.** 126 |

## WITHDRAWAL

TO THE BANKRUPTCY COURT:

Kindly withdraw Debtor-in-Possession Monthly Operating Report for Filing Period November 2022 filed by Paul D. Murphy-Ahles, Esquire and docketed as set forth above as it was submitted in this case in error.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: December 21, 2022          /s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*