In re:  
Larvence Peart  
Nicole Yolanda Peart  
    Debtors

Case No. 18-00320-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: May 31, 2023     Form ID: 3180W     Total Noticed: 61

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larvence Peart, Nicole Yolanda Peart, 94 East Beaver Street, York, PA 17406-9066 |
| cr | + | Eastern York County Sewer, 4 West Market Street, Hellam, PA 17406-1033 |
| cr | + | Wilson Springs Condominium Association, Inc., c/o Lehman Property Management, 3915-418 Union Deposit Road, Harrisburg, PA 17109-5922 |
| 5015942 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, PO Box 742537, Cincinnati, OH 45274-2537 |
| 5015948 | + | Eastern York County Sewer Authority, 4 West Market Street, Hellam, PA 17406-1033 |
| 5015952 | + | Greenspring Apartments, 100 Bridlewood Way, York, PA 17402-9160 |
| 5015955 | + | Lancaster Hematology Oncology Care, 233 College Anveue, Suite 303, Lancaster, PA 17603-3384 |
| 5015956 | + | Lehman Property, 3915-428 Union Deposit, Harrisburg, PA 17109-5922 |
| 5015957 | #+ | McCabe, Weisberg & Conway, PC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5015968 | | St. Agnes Anesthesia, PO Box 418652, Boston, MA 02241-8652 |
| 5015969 | | St. Agnes Health Care, PO Box 418468, Boston, MA 02241-8468 |
| 5015971 | + | The York Water Company, 130 East Market Street, York, PA 17401-1219 |
| 5015973 | | United Telemanagement Corp., Attn: Billing Department, PO Box 145465, Cincinnati, OH 45250-5465 |
| 5015975 | + | VBS Amplify Funding, PO Box 542, Lac de Flambeau, WI 54538-0542 |
| 5015976 | | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 5015978 | + | Wilson Springs Condominium Assoc., c/o DVP Management, 200 Lawrence Road, Suite 500, Broomall, PA 19008-3234 |
| 5045859 | + | Wilson Springs Condominium Association, Inc., Aaron S. Marines, Esquire, Hempfield Center, Suite 300, 930 Red Rose Court, Lancaster, PA 17601-1981 |
| 5022872 | + | York Hospital, 1001 S George St., York , PA 17403-3645 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mtgbk@shellpointmtg.com | May 31 2023 18:51:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | May 31 2023 18:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 5015937 | + | Email/Text: bankruptcy@acimacredit.com | May 31 2023 18:51:00 | Acima Credit, 9815 South Monroe Street, Floor 4, Sandy, UT 84070-4384 |
| 5015938 | + | Email/Text: ebn@americollect.com | May 31 2023 18:51:00 | AmeriCollect, Inc., 1851 South Alverno Road, PO Box 1505, Manitowoc, WI 54221-1505 |
| 5015939 | + | Email/Text: caineweiner@ebn.phinsolutions.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 31 2023 18:51:00 | Caine & Weiner, 338 Harris Hill Road #206, Buffalo, NY 14221-7470 |
| 5015940 | | EDI: CAPITALONE.COM | May 31 2023 22:53:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5015941 | + | Email/Text: ngisupport@radiusgs.com | May 31 2023 18:51:00 | Central Credit Services, LLC, PO Box 390913, Minneapolis, MN 55439-0911 |
| 5015943 | | EDI: WFNNB.COM | May 31 2023 22:53:00 | Comenity Bank / Lane Bryant, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5015944 | | EDI: WFNNB.COM | May 31 2023 22:53:00 | Comenity Bank /Ashley Stewart, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5015945 | + | EDI: CONVERGENT.COM | May 31 2023 22:53:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 5015946 | + | EDI: CCS.COM | May 31 2023 22:53:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5015947 | + | Email/PDF: creditonebknotifications@resurgent.com | May 31 2023 19:05:20 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5015949 | | Email/Text: bankruptcydepartment@tsico.com | May 31 2023 18:51:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 5015950 | | Email/Text: bankruptcy@fncbinc.com | May 31 2023 18:51:00 | First National Collection Bureau, 50 West Liberty Street, Suite 250, Reno, NV 89501-1973 |
| 5015951 | + | EDI: AMINFOFP.COM | May 31 2023 22:53:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5015953 | + | EDI: IRS.COM | May 31 2023 22:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5015954 | + | Email/Text: BKRMailOPS@weltman.com | May 31 2023 18:51:00 | Kay Jeweler's, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 5044502 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 19:05:21 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5044500 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2023 19:05:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5015961 | | Email/Text: compliance@monarchrm.com | May 31 2023 18:51:00 | Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 5015958 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 31 2023 18:51:00 | Medical Data Systems, 645 Walnut Street, Suite 5, Gadsden, AL 35901-4173 |
| 5015959 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2023 19:05:11 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5015960 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 31 2023 18:51:00 | Met-Ed / First Energy, 101 Crawford Corner Road, Building 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 5038285 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2023 18:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5015962 | + | Email/Text: Bankruptcies@nragroup.com | May 31 2023 18:52:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5015963 | | EDI: PENNDEPTREV | May 31 2023 22:53:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5015963 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 31 2023 18:51:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5015964 | | Email/Text: pasi_bankruptcy@chs.net | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 31 2023 18:51:00 | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 5036045 | + | EDI: JEFFERSONCAP.COM | May 31 2023 22:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5043250 | | EDI: Q3G.COM | May 31 2023 22:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5015965 | | Email/Text: BankruptcyMail@questdiagnostics.com | May 31 2023 18:52:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 5022971 | + | Email/Text: enotifications@santanderconsumerusa.com | May 31 2023 18:51:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5034871 | | EDI: AISSPRINT | May 31 2023 22:53:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5015967 | | EDI: AISSPRINT | May 31 2023 22:53:00 | Sprint Nextel, Attn: Bankruptcy Department, PO Box 7949, Overland Park, KS 66207-0949 |
| 5015966 | + | Email/Text: DeftBkr@santander.us | May 31 2023 18:51:00 | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 5102199 | | Email/Text: mtgbk@shellpointmtg.com | May 31 2023 18:51:00 | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675, Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5102198 | | Email/Text: mtgbk@shellpointmtg.com | May 31 2023 18:51:00 | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5015970 | + | Email/Text: bankruptcynotices@cbecompanies.com | May 31 2023 18:51:00 | The CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 5015972 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 31 2023 18:51:00 | Toyota Motor Credit Company, PO Box 9013, Addison, TX 75001-9013 |
| 5026373 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 31 2023 18:51:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5223748 | | Email/PDF: bncnotices@becket-lee.com | May 31 2023 19:05:11 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5015974 | | Email/Text: EDBKNotices@ecmc.org | May 31 2023 18:51:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 5015977 | | Email/Text: bankruptcy_notices@wgresorts.com | May 31 2023 18:51:00 | Westgate Resorts, 2801 Old Winter Garden Road, Ocoee, FL 34761 |
| 5129229 | + | Email/Text: kcm@yatb.com | May 31 2023 18:51:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5030024 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pennsylvania, P.O. Box 117, Columbus , OH 43216 |
| 5015936 | ##+ | 360 Mortgage Group, Building 1, Suite 100, 11305 Four Points Drive, Austin, TX 78726-2345 |
| 5033072 | ##+ | 360 Mortgage Group, 11305 Four Points Drive, Building 1, Suite 200, Austin, TX 78726-2345 |
| 5044868 | ##+ | 360 Mortgage Group, LLC, 11305 Four Points Drive, Austin, TX 78726-2345 |
| 5044869 | ##+ | 360 Mortgage Group, LLC, 11305 Four Points Drive, I-250, Austin, TX 78726-2345 |

TOTAL: 0 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron S Marines | on behalf of Creditor Wilson Springs Condominium Association Inc. asm@rkglaw.com, dpp@rkglaw.com |
| Alexandra Teresa Garcia | on behalf of Creditor 360 Mortgage Group LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Craig S. Sharnetzka | on behalf of Creditor Eastern York County Sewer csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com;ephillips@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Nicole Yolanda Peart pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Larvence Peart pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Larvence Peart<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–4056<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Nicole Yolanda Peart<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–2616<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-00320-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Larvence Peart

Nicole Yolanda Peart

5/31/23

**By the court:** _Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W         **Chapter 13 Discharge**         page 2